Case 7:26-mc-00364-KMK Document 17-1 Filed 08/12/26 Page 1 of 2

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

KEITH E. SONDERLING,
Acting Secretary of Labor
United States Department of Labor,

Petitioner,

v.

DRIP DROP WATERPROOFING, INC.,

Respondent.

Misc. Action No. 26-7:26-mc-364

**~~(PROPOSED)~~ ORDER TO ENFORCE SUBPOENA *DUCES TECUM***

Pursuant to the authority granted by section 8(b) of the Occupational Safety and Health Act of 1970 (29 U.S.C. § 657(b)), hereinafter referred to as "the OSH Act," Petitioner, KEITH E. SONDERLING, Acting Secretary of Labor, United States Department of Labor ("the Acting Secretary"), having invoked the aid of this Court in requiring the production of certain documents by the Respondent DRIP DROP WATERPROOFING, INC. as demanded by the Acting Secretary's Administrative Subpoena *Duces Tecum* duly served upon the Respondent on June 18, 2026, which was issued in connection with an inspection and investigation being conducted of Respondent's workplace pursuant to section 8(a) of the OSH Act by the Acting Secretary, through his authorized representatives of the Occupational Safety and Health Administration ("OSHA"), subject to the OSH Act's provision that the Acting Secretary has six months following the occurrence of any violation to conclude his investigation and, if appropriate, issue any citations and notifications of penalty for any alleged violations of the OSH Act and occupational safety and health standards,

Case 7:26-mc-00364-KMK Document 17-1 Filed 08/12/26 Page 2 of 2

And the Court having considered the Verified Petition to Compel Respondent to Produce Documents Pursuant to Administrative Subpoena *Duces Tecum* and exhibits filed herein, the Respondent's Response to the Petition to Compel, and having conducted a telephonic conference between the parties on August 12, 2026,

**IT IS HEREBY ORDERED** that Respondent DRIP DROP WATERPROOFING, INC. shall produce the documents specified in the Acting Secretary's Subpoena *Duces Tecum* no later than August 19, 2026. Documents must arrive at the Albany Area OSHA office, located at the Leo O'Brien Federal Building, 11A Clinton Avenue, Room 617, Albany, NY 12207, or be electronically transmitted to the Albany Area office, by 5:00 pm on that date. Respondent is further advised that no extensions shall be granted.

UNITED STATES DISTRICT JUDGE KENNETH KARAS

DATED: 8/13/26
White Plains, New York